IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| OCTAVIUS WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION FILE |
| | ) | |
| TRANSPORT CORPORATION | ) | NO. 1:14-CV-02839-TCB |
| OF AMERICA, INC. d/b/a | ) | |
| TRANSPORT AMERICA, | ) | |
| GREAT WEST CASUALTY CO., | ) | |
| and STANLEY FORD, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff   Octavius  Wright  and  Defendants  Transport  Corporation  of

America, Inc. d/b/a Transport America, Great West Casualty Company and

Stanley Ford, by and through the undersigned counsel, have agreed to the

stipulated dismissal of all claims asserted in this action pursuant to Rule 41(a)(1)

of the Federal Rules of Civil Procedure.  Plaintiff dismisses *with prejudice* all

claims asserted in this matter.  Each party shall bear its own attorney's fees and

costs.

477670v.1

## CERTIFICATE OF FONT TYPE AND SIZE

Undersigned counsel hereby certifies that the foregoing has been prepared with Times New Roman 14-point Font, as approved in LR5.1C.

This ____ day of November, 2015.

**NALL & MILLER, LLP**

By: */s/ Michael D. Hostetter*
    **MICHAEL D. HOSTETTER**
    Georgia Bar No. 368420

**ATTORNEY FOR DEFENDANTS**

235 Peachtree Street NE,
North Tower, Suite 1500
Atlanta, Georgia 30303
Telephone: 404-522-2200
Facsimile:  404-522-2208
mhostetter@nallmiller.com

**FRIED ROGERS GOLDBERG, LLC**

By: */s/ Michael L. Goldberg*
    **MICHAEL L. GOLDBERG**
    *[Signed by Michael Hostetter with Express Permission]*

    Georgia Bar No. 299472

**ATTORNEY FOR PLAINTIFF**

Two Alliance Center
3560 Lennox Road, N.E.
Suite 1250
Atlanta, Georgia 30326
(404)591-1800
michael@frg-law.com

477670v.1